UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                    Case No. 3:19-CR-30003-012

SHERRIE "SHEY" DENISE SNELLING                                                                    DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 288) entered in this case and accepts defendant's plea of guilty to Count 1 of the indictment.

IT IS SO ORDERED this May 7, 2020.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE